UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES KINNEY, <br>           Plaintiff, <br>    v. <br> TYSON TAKEUCHI, et al., <br>           Defendants. | Case No.  16-cv-02018-MEJ <br><br> **ORDER VACATING CMC** |

This matter is currently scheduled for a Case Management Conference on July 21, 2016. However, as there are pending Motions to Stay (Dkt. No. 13) and to Transfer the Case to the Central District of California (Dkt. No. 15), as well as Plaintiff's Request to Extend Time to Serve one of the Defendants (Dkt. No. 12), the Case Management Conference and all related deadlines are **VACATED**. The conference will be rescheduled, if necessary, after any pending motions are resolved.

**IT IS SO ORDERED.**

Dated: July 18, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge